**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JARVIS POSTLEWAITE,                          )
                                             )
      Plaintiff,                       )
                                             )
vs.                                          )          Case No. 14-cv-01281-JPG-PMF
                                             )
SALVADOR GODINEZ, *et al.*,                  )
                                             )
      Defendants.                      )

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 50) of Magistrate Judge Philip M. Frazier with regard to Defendants Beth Tredway and Ms. Davis' Motions (Docs. 40 & 44) for Summary Judgment.  Plaintiff filed "Objection to Grant Summary Judgment for defendants" (Doc. 51) which the Court will construe as an objection to the R & R.  No other party has filed an objection.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).   As Plaintiff has filed an objection, the Court will review the R & R *de novo*.

The R & R recommends that Defendants Beth Tredway and Ms. Davis' Motions for Summary Judgment be granted for Plaintiff's failure to exhaust administrative remedies.  The R & R notes that the Plaintiff "filed 28 grievances at that facility between November 6, 2013 and

December 25, 2014;" however, none of the grievances addressed his mental health treatment. Plaintiff states that he "filed several grievances to counselors, but never received a response to any of them."  (Doc. 51).

The Plaintiff's grievances provided by the defendants are well documented and it appears that the Plaintiff received a response to these grievances.    As this is a *de novo* review, the Court has reviewed the grievances provided and finds little reference to any mental health issues.   The grievance of March 19, 2015, states "as well to receive better health care" and "providing mental health medical treatment" with regard to his request for a transfer, but the bulk of this grievance pertained to a physical medical issue and – other than the two cited sentences - does not state what mental treatment issues he is or was having; what relief he requested; what treatment had been denied; or who denied such treatment.

Although Plaintiff's objection states that he filed grievances that were never responded to, it is difficult to believe that 28 grievances would receive responses and only those grievances with regard to his mental health issues were ignored and/or "destoryed."  Plaintiff cites case law which demonstrates that when grievance are ignored or not properly responded to, a prisoner is deemed to have exhausted his administrative remedies.  However, the only specific detail that Plaintiff provides with regard to any grievance filed with regard to his mental health is "I filed my first grievance about mental health in 2013 and several after not receiving reply to any."

There is no indication that Plaintiff grieved his mental health issues and there is also no indication within the record that he grieved those issues with regard to Defendants Tredway or Davis.  As such, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 50) in its entirety and **GRANTS** Defendants Beth Tredway and Ms. Davis' Motions (Docs. 40 & 44) for Summary Judgment.

Defendants Tredway and Davis were the only defendants in this matter.  Therefore, the Clerk of Court is **DIRECTED** to close this matter and to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**  12/8/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**